UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
WATERTOWN DIVISION

| | |
|---|---|
| LISA RENO ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | FILE NO. 7:12-cv-00297-NAM-DEP |
| ) | |
| ) | ORDER FOR DISMISSAL |
| ) | OF CASE WITH PREJUDICE |
| CREDIT BUREAU COLLECTION ) | |
| SERVICES, INC. D/B/A CBCS ) | |
| ) | |
| Defendant. ) | |

*U.S. DISTRICT COURT - N.D. OF N.Y.*
**FILED**
JUN 14 2012
AT _____ O'CLOCK _____
Lawrence K. Baerman, Clerk - Syracuse

THIS MATTER came before the Court on the Joint Motion to Dismiss with Prejudice filed by Plaintiff and Defendant. The Court notes that the parties have advised the Court that this matter has been settled. Accordingly, the Court finds that the motion should be approved.

IT IS THEREFORE ORDERED that all claims that Plaintiff, Lisa Reno, brought or could have brought in this action against Defendant, Credit Bureau *Collection Services*, Inc. d/ba/ CBCA, its past and present directors, officers, employees and agents be and hereby are dismissed with prejudice.

IT IS FURTHER ORDERED that the parties shall bear their own costs and attorneys fees incurred in this action.

SO ORDERED.

June 14, 2012

JUDGE PRESIDING
UNITED STATES DISTRICT JUDGE